CHEEVER N. ELY, as Executor of SMITH ELY, Deceased, Plaintiff, *v.* MARIA L. VANDERPOEL et al., Defendants, NEW YORK STATE REALTY AND TERMINAL COMPANY et al., Appellants, and GEORGE B. VANDERPOEL et al., as Ancillary Executors of MARIA L. VANDERPOEL, Deceased, et al., Respondents.

*Executors and administrators — will — accounting — action for accounting of executors and construction of will.*

*Ely* v. *Vanderpoel*, 208 App. Div. 793, affirmed.

(Argued October 13, 1924; decided November 25, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1924, unanimously affirming a judgment entered upon the report of a referee in an action brought to obtain a settlement of the accounts of the executors of Smith Ely and for a construction of his said will and the settlement of various questions arising under the will and on distribution.

*George H. Walker* and *Alexander S. Lyman* for New York State Realty and Terminal Company, appellant.

*Frank S. Gannon, Jr.,* and *Robert L. Redfield* for Overlook Hospital, appellant.

*J. Ard Haughwout* and *Everett J. Esselstyn* for Board of Church Erection Fund of the General Assembly of the Presbyterian Church, appellant and respondent.

*John Ewen, William M. Patterson* and *John L. Feeney* for Seventh Presbyterian Congregation of the City of New York et al., appellants and respondents.

*Alfred G. Reeves* and *Alexander S. Rowland* for George B. Vanderpool et al., as ancillary executors, respondents.
*Lewis G. Wallace* for Edwin A. Ely et al., respondents.

Judgment affirmed, with one bill of costs to respondents Vanderpool et al., as executors, and Ely et al., individually and as executors, against New York State Realty and Terminal Company, and without costs otherwise; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.